February 22, 2005

BY HAND, and US MAIL
Honorable Richard C. Casey
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: United States v. Juju Jiang**
03 CR 518 (RCC)

Dear Judge Casey:

    I write in reference to the above-referenced case in anticipation of the sentence scheduled for February 28, 2005.

    It has come to my attention that the attached letter may not have been submitted to the Court. The letter is written by Dr. Robert L. Goldstein, the forensic psychiatrist who examined Mr. Jiang in connection with his downward departure motion based on diminished mental capacity. The letter is dated January 18, 2005, and is written in reply to Dr. Siegel's response to Dr. Goldstein's initial report.

    We believe with this submission of this document the Court has all the documents from all parties that it needs to review before sentencing Mr. Jiang.

    Finally, we respectfully request that the Court go forward with the sentence on Monday, February 28, 2005, as scheduled, since Mr. Jiang has already served the equivalent of the bottom of the guideline range as reflected in the plea agreement.

    Respectfully submitted,

    /s/
    Louis M. Freeman

LF\cr

cc: Joseph DeMarco, Esq. (AUSA)
    BY ECF w/o Enclosure

Case 1:03-cr-00518-DC   Document 14   Filed 02/23/05   Page 2 of 2